**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6   BESS BAIR; TRISHA LEE LOTUS;
BRUCE EDWARDS; JEFFREY HEDIN;
7   DAVID SPREEN; ENVIRONMENTAL
INFORMATION PROTECTION
8   CENTER, a non-profit corporation;
CENTER FOR BIOLOGICAL
9   DIVERSITY, a non-profit corporation; and
CALIFORNIANS FOR ALTERNATIVES
10  TO TOXICS, a non-profit corporation,

11              Plaintiffs,

12      v.

13  CALIFORNIA DEPARTMENT OF
TRANSPORTATION; MALCOLM
14  DOUGHERTY, in his official capacity as
Director of the California Department of
15  Transportation,

16              Defendants.
                                                      /

No. C 14-03422 WHA

**REQUEST FOR
SUPPLEMENTAL BRIEFING**

17

18      In this follow-on litigation to a NEPA action, plaintiffs filed a motion for attorney's fees

19  pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.  Defendants filed their opposition.

20  Plaintiffs must reply by March 24, 2015 (Dkt. Nos. 38–55).

21      By **THURSDAY, MARCH 26, 2015 AT NOON**, the parties shall please respond with on-

22  point authority as to whether a court may award attorney's fees against a state, its agencies or

23  officials under the EAJA when neither the United States nor its agencies or officials are parties

24  to the suit.  Responses shall not exceed **FIVE PAGES** (no attachments or footnotes).

25

26      **IT IS SO ORDERED.**

27

28  Dated:  March 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE